THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted January 6, 1954; decided January 12, 1954.

Motion for reargument granted. Case set down for reargument during the last week of the present session. Execution of judgment stayed pursuant to section 528-a of the Code of Criminal Procedure. [See 303 N. Y. 856; 306 N. Y. 675.]